**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

In Re:  William Herbert Bradshaw, Jr.
        Joyce Lynn Bradshaw

                                *   Case No.05-26672
                                *
                                *   Chapter 13

Debtors                         *

## **CHAPTER 13 PLAN**

\_\_ Original Plan  _X_ Amended Plan  \_\_\_ Modified Plan

The Debtor proposes the following Chapter 13 plan and makes the following declarations:

1. The future earnings or other income of the Debtor are submitted to the supervision and control of the Trustee, and Debtor will pay as follows:

   a. **$163.00**_____ per month for a term of \_\_60\_ months. OR

   b. $_____per month for _____month(s),
      $_____per month for _____month(s),
      $_____per month for _____month(s), for a total term of _____ months. OR

   c. $_____per month prior to confirmation of this plan, and $_____ per month after confirmation of this plan, for a total term of _____ months.

2. From the payments received, the Trustee will make the disbursements described below:

   a. Trustee commissions.

   b. Administrative claims under 11 U.S.C. §507(a)(1), including attorney's fee balance of **$511.00**_____ (unless allowed for a different amount upon prior or subsequent application or objection).

   c. Other priority claims defined by 11 U.S.C. §507(a)(2)-(9). The Debtor anticipates the following priority claims:   **Allegany County Tax & Utility, $231.47.**

   d. Concurrent with payments on non-administrative priority claims, the Trustee will pay secured creditors as follows:

      **i.** Pre-petition arrears on the following claims will be paid under the plan while the Debtor maintains post-petition payments directly (designate the amount of anticipated arrears):   **Borgman, Inc. first home mortgage, $3,561.70 arrears;  CCSAC Federal Credit Union second home mortgage, $776.76 arrears.**

      ii.    The following secured claims will be paid in full, as allowed, at the designated interest rates:  **CCSAC Federal Credit Union car loan secured by 1996 Chevrolet S-10 Pickup will be paid as allowed in the anticipated amount of $2,400.00 (see Section 3 below) at 5% interest.**

           **The asserted secured claim of Cumberland Regional MRI will be objected to in that it is not secured because the judgment against Joyce Bradshaw does not attach to the real estate held as tenants by the entireties; in the event that the claim is allowed as secured, such secured claim will be paid in full, as allowed, at the designated interest rate:  in the amount of $0.00 (See Section 3 below) at 5% interest.**

      iii.   The following secured claims will be satisfied through surrender of the collateral securing the claims (describe the collateral) and any allowed claims for deficiencies will be paid pro rata with general unsecured creditors; upon confirmation of the plan, the automatic stay is lifted, if not modified earlier, as to the collateral of the listed creditors:  **CCSAC Federal Credit Union car loan (1994 Oldsmobile Silhouette only).**

      iv.   The following secured claims are not affected by this plan and will be paid outside of the plan directly by the Debtor:  **N/A**

      v.    If any secured claim not described in the previous paragraphs is filed and not disallowed, that claim shall be paid or otherwise dealt with outside the plan directly by the Debtor, and it will not be discharged upon completion of the plan.

   e.   After payment of priority and secured claims, the balance will be paid pro rata on allowed general, unsecured claims. (If there is more than one class of unsecured claims, describe each class.)

3. The amount of each claim to be paid under the plan will be established by the creditor's proof of claim or superseding Court order. The Debtor anticipates filing the following motion(s) to value a claim or avoid a lien. (Indicate the asserted value of the secured claim for any motion to value collateral.):  **Motion to value collateral of CCSAC Federal Credit Union car loan secured by 1996 Chevrolet S-10 Pickup with a replacement value of $2,400.00 at 5% interest.  Motion to value collateral of Cumberland Regional MRI asserted to be secured by Debtors' real estate, with equity of $0.00, to be filed in the alternative to objection to secured status of claim.**

4. Secured Creditors will retain their liens.

5. The following executory contracts are assumed (or rejected, so indicate): **N/A**

6. Title to property shall revest in the Debtor when the Debtor is granted a discharge pursuant to 11 U.S.C. §1328.

__09/08/05_____     ____/s/William Bradshaw_____
Date                                     Debtor

_____           ____/s/Joyce Bradshaw_____
Attorney for Debtor                       Joint Debtor

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September 2005 I caused a copy of the foregoing Chapter 13 Plan to be served by CM/ECF, where available, or mailed by first class mail, postage prepaid, upon the Chapter 13 Trustee, the U.S. Trustee and the following creditors:

```
Bogman, Inc.
c/o Curran & O'Sullivan, P.C.
8101 Sandy Spring Road, #302
Laurel, MD 20707


CCSAC Federal Credit Union
PO Box 1382
Cumberland, MD 21501-1382


Collection Service Center, Inc.
54 N. Centre St.
PO Box 1613
Cumberland, MD 21502


Cumberland Reg MRI Center
c/o Centre Collections, Ltd.
103 South Centre Street
Cumberland, MD 21501


First National Bank of Marin
c/o Allied Interstate
50-62 N. 19th Ave.,Suite 102
Phoenix, AZ 85015
```

```
Kelco Federal Credit Union
321 Green Street
Cumberland, MD 21502



MCI Telecommunications Corp
c/o RMA
802 Martintown Rd., Suite 201
North Augusta, SC 29841

Brent Jackson
1715 William St.
Cumberland, MD 21502

The Imaging Center
c/o La Vale Collection Agency
101 Woolworth Ave.
La Vale, MD 21502
```

Community Development Association
c/o Deborah K. Curran, Esq.
8101 Sandy Spring Rd., #302
Laurel, MD 20707

Allegany County Tax & Utility Office
701 Kelly Road
Cumberland, MD 21502

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201

State of Maryland DLLR
Division of Unemployment Ins.
1100 N. Eutaw St., Roome 401
Baltimore, MD 21201


/s/Daniel M. Press