UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT GREENBELT

In Re:  William Herbert Bradshaw, Jr.                                    Case No.   05-2-6672TC
       Joyce Lynn Bradshaw                                              Chapter 13
**********************************
Community Development Administration, Movant
(Bogman, Inc., Loan Servicer)

vs.

William Herbert Bradshaw, Jr.,  and
Joyce Lynn Bradshaw, Debtors
Timothy P. Branigan, Trustee
          Respondents

**MOTION FOR RELIEF FROM AUTOMATIC STAY**
**Real Property at 629 Elm Street, Cumberland, Maryland**

      Comes now, Community Development Administration, Movant herein, by Deborah K. Curran, its attorney and respectfully represents:

      1.    This Motion is filed pursuant to 11 U.S.C. Sec. 362 d thru f, and 28 U.S.C. Sec. 1334 and Sec. 157, giving this Court jurisdiction to grant relief from the Automatic Stay for cause and/or to prevent irreparable damage to the interest of a secured creditor in the property of the Debtor(s).

      2.    Movant is the holder of a Note secured by a Deed of Trust dated March 31, 1993, and recorded among the land records of Allegany County, Maryland, at Liber 0687 and folio 803 and which encumbers the property of the Debtor(s) at **629 Elm Street, Cumberland, Maryland.**

      3.    The current principal balance is $27,379.82, plus interest, late charges and foreclosure fees and costs due from August 1, 2005.

      4.    The Debtor(s) has/have failed to pay the post-petition payments for the months of March 2006 thru May 2006, so that the amount now due is $1,699.76, which includes accumulated late charges and legal fees, less $44.65 for funds held in suspense.  The current monthly payment is $321.86 and the late charge is $9.61.

5. The Movant contends therefore that the stay should be lifted for cause and that it is inadequately protected by the Debtor's failure to make the post-petition payments.

WHEREFORE, the Movant prays this Honorable Court to issue an Order

1. Lifting the Automatic Stay as to the Debtor's property at **629 Elm Street, Cumberland, Maryland,** so that the Movant can proceed with the foreclosure of its Deed of Trust; or alternatively

2. For such other and further relief as the Court deems appropriate.

/s/ Deborah K. Curran, Esq.
Attorney for the Movant
8101 Sandy Spring Road, Ste. 302
Laurel, Maryland 20707
301-490-1196
Bar No. 08923

CERTIFICATE OF SERVICE

I certify that on May 10, 2006, a copy of the foregoing was mailed first class, postage prepaid to the parties listed below:

William Herbert Bradshaw, Jr., 253 21st Avenue South East, Largo, FL  33771

Joyce Lynn Bradshaw, 629 Elm St., Cumberland, MD  21502

Copy was sent electronically to Daniel M. Press, Esq., and Timothy P. Branigan, Trustee.

/s/  Deborah K. Curran, Esq.