

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re:        William Herbert Bradshaw, Jr.                           Case No. 05-2-6672TC
              Joyce Lynn Bradshaw                                     Chapter 13
*****************************
Community Development Administration, Movant
(Bogman, Inc., Loan Servicer)

vs.

William Herbert Bradshaw, Jr., and
Joyce Lynn Bradshaw, Debtors
        Respondent(s)

**CONSENT ORDER AND STIPULATION MODIFYING AUTOMATIC STAY**

The Movant, Community Development Administration, Bogman, Inc., Loan Servicer by its attorney, Deborah K. Curran, and the Debtor(s), William Herbert Bradshaw, Jr. and Joyce Lynn Bradshaw  by their attorney, Daniel M. Press, do hereby consent to the following:

1.      The Debtor(s) shall cure the post-petition arrears due of $1,699.76 (payments and late charges for March 2006 thru May 2006, less $44.65 for funds held in suspense, plus bankruptcy legal fees and costs of $750.00) by making "additional" monthly payments of $283.30 commencing in **June 2006** and continuing each month thereafter for a total of six (6) months until the arrears are paid in full.  **The "additional" payments must be received by the 25th day of the month.**  Note:  Should the Debtor provide sufficient proof of payments made but not yet credited by Movant, the above arrears will be adjusted accordingly.

2.      Additionally, in **June 2006**  the  Debtor(s) shall resume making the regular monthly payments of $321.86, or as adjusted for interest rate or escrow changes and shall continue to be bound by all other provisions in the Note and Deed of Trust.  The regular payments are due on the first day of the month with a late charge of $9.61 assessed after the fifteenth.

1

3.     Should the Debtor fail to make any payment when due, or should any payment be returned for insufficient funds, the Movant will, by first class mail, inform the Debtor. **Any payment(s) tendered to cure a default arising under the provisions of this consent agreement must be in the form of certified or cashier's check or money orders.** Should the Debtor then fail to cure the default within ten (10) days from the date of mailing of the default notice, the stay shall terminate without further court action and without further court order.   The Movant will file with the Court and mail to the Debtor(s) and their attorney  an Affidavit of Default and Notice of Termination of Automatic Stay.  The Noteholder may proceed to enforce its rights, including but not limited to foreclosure,  under the provisions of the Deed of Trust recorded among the land records of Allegany County, Maryland, at Liber 0687 and folio 803 and which is secured by the property of the Debtor(s) located at **629 Elm Street, Cumberland, Maryland.**

4.     Should there be more than two (2) defaults in payment as provided in this agreement, there shall be no ten day "cure period"; the Movant shall file the Affidavit of Default with the court and mail copies to the Debtor(s) and their attorney and may proceed with collection and/or foreclosure actions.

5.     This agreement shall be and become null and void on the termination of this bankruptcy proceeding.  Should the Debtor(s) convert to a Chapter 7 proceeding, this agreement shall constitute the Debtor's consent to the termination of the automatic stay and the repayment provisions in Paragraph (1) shall be and become null and void.   This agreement shall apply to proceedings for possession of the real property after the foreclosure sale.

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order.

Seen and approved:

/s/  Deborah K. Curran, Esq.
Attorney for Movant

/s/  Daniel M. Press, Esq.
Attorney for Debtor(s)

copies to:

William Herbert Bradshaw, Jr.
253 21st Avenue South East
Largo, FL  33771

Joyce Lynn Bradshaw
629 Elm St.
Cumberland, MD  21502

Copies were sent electronically to Deborah K. Curran, Esq.,  Daniel M. Press, Esq. And Timothy P. Branigan, Trustee

**End of Order**